B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Distsrict of Puerto Rico

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| HERMANOS TORRES PEREZ, INC. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| None | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 66-0419491 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State) STREET NO. 1 KM 116.2 BO. CAPITANEJO, SECTOR ARUZ JUANA DIAZ, PR | ZIPCODE 00795 | Street Address of Joint Debtor (No. and Street, City, and State) | ZIPCODE |
|---|---|---|---|

| County of Residence or of the Principal Place of Business: Ponce | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): PO BOX 209 MERCEDITA, PR | ZIPCODE 00715 | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
|---|---|---|---|

Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  GAS PETROLEUM DISTRIBUTOR

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000-5000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [✓] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>HERMANOS TORRES PEREZ, INC. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
  Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **HERMANOS TORRES PEREZ, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /S/ CARMEN D. CONDE TORRES
Signature of Attorney for Debtor(s)

CARMEN D. CONDE TORRES
Printed Name of Attorney for Debtor(s)

C. Conde & Associates
Firm Name

254 CALLE SAN JOSE SUITE 5
Address
SAN JUAN, PR 00901-1523

787-729-2900
Telephone Number

JULY 7, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

MARIA DE LOS ANGELES TORRES PEREZ
Printed Name of Authorized Individual

GENERAL MANAGER
Title of Authorized Individual

JULY 7, 2009
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31846



**HERMANOS TORRES PEREZ, INC.**
APARTADO 209
MERCEDITA, P.R. 00715
TEL. (787) 837-8110, 837-8787 • FAX (787) 837-1175

## CORPORATE RESOLUTION

I, Wanda A. Torres Pérez, of legal age, single, Secretary of Hermanos Torres Pérez Inc., and resident of Ponce, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on July 6th, 2009, the Board of Directors of Hermanos Torres Pérez Inc., agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of Attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that María de los Angeles Torres Pérez, will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 7th day of July, 2009.

Hermanos Torres Pérez, Inc.

By: _____
Wanda A. Torres Pérez, Secretary

Affidavit No. 489

Sworn and signed before me by Wanda Torres Pérez of legal age, single, Secretary of Hermanos Torres Pérez, Inc., and from the vicinity of Ponce, Puerto Rico, who is personally known to me.

Today 7 day of July, 2009 at San Juan, Puerto Rico.

_____
Notary Public

**ACARREO Y DISTRIBUCION DE COMBUSTIBLES Y LUBRICANTES**

UNITED STATES BANKRUPTCY COURT
Distsrict of Puerto Rico

In re:

HERMANOS TORRES PEREZ, INC.     Case No.

Chapter 11

Debtor(s)

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $275.00 per hour for Carmen D. Conde Torres, $250.00 per hour for Associates, $200.00 per hour for junior attorneys and $100.00 per hour for legal assistance such as a paralegal, in house special clerical services or accounting analyst plus costs and expenses. A retainer of $25,000.00 has been paid before filing.

2. The source of the compensation paid, or to be paid to me was the Debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date 7/07/2009

Signature /S/ Carmen D. conde Torres
Carmen D. Conde Torres
Bar No. 207312

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Distsrict of Puerto Rico

In re  HERMANOS TORRES PEREZ, INC.                ,
              Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RR DONNELLEY DE LILLY PUERTO RICO | 787-447-0906 | | | 735.61 |
| LAWSON PRODUCTS 2689 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | | | 979.13 |
| CASCADA WATER SERVICES 113 BLOOMINGDALE RD HICKVILLE, NY 11801 | 787-769-3120 | | | 1,127.80 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| VARELA TRUCK SUPPLIES PO BOX 7765 PONCE, PR 00732-7765 | 787-844-3778 | | | 1,163.63 |
| SOLARES & CO. PO BOX 9558 BAYAMON, PR 00960-9558 | | | | 1,730.19 |
| WORLDNET TELECOMUNICATIONS, INC. PO BOX 70201 SAN JUAN, PR 00936-8201 | | | | 2,405.27 |
| MULTI-VENTAS Y SERVICIOS DE PR PO BOX 6012 CAGUAS, PR 00726-6012 | 787-653-2244  787-843-3710 | | | 4,007.60 |
| LUIS A MUNIZ HEREDIA C/O JOSE A VEGA VEGA, ESQ. PO BOX 71592 SAN JUAN PR 00936-8692 | 787-767-8579 | | Contingent Disputed | 5,150.00 |
| PARTS DISCOUNT CORP. PO BOX 3157 BAYAMON, PR 00960 | IVAN 787-841-2182  787-841-2183 | | | 6,281.73 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31846

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AEE<br>PO BOX 741<br>JUANA DIAZ, PR 00795 | | | | 7,963.24 |
| CORREA TIRE DISTRIBUTOR<br>R&J AUTOMOTIVE<br>BO SABANETAS SECTOR LA CALZADA MERCED<br>PONCE, PR 00715 | | | | 8,513.22 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | | | | 18,000.00 |
| WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ, PR 00681-1180 | | | | 19,142.09 |
| MUNICIPALITY OF JUANA DIAZ<br>PO BOX 1409<br>JUANA DIAZ, PR 00795-1409 | | | | 20,000.00 |
| BRAKE & CLUTCH, INC.<br>1497 AVE. TIT CASTRO<br>PONCE, PR 00716-4716 | | | | 27,034.71 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | | | | 29,781.27 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31846

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TEXACO DE PR CHEVRON PR LLC PO BOX 71315 SAN JUAN, PR 00936-8415 | | | | 209,387.00 |
| DEPARTMENT OF TREASURY PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | 551,037.53 |
| PEERLESS OIL & CHEMICALS, INC. JOSE A. CEPEDA RODRIGUEZ STE 906 HATO REY TOWER 268 PONCE DE LEON AVENUE HATO REY, PR 00918 | | | Contingent Disputed | 3,071,142.10 |
| BANCO POPULAR DE PUERTO RICO PO BOX 362708 SAN JUAN, PR 00936-2708 | | | | 6,391,900.00 Collateral FMV 0.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   JULY 7, 2009

                                      Signature   *[signature]*
                                                          MARIA DE LOS ANGELES TORRES-PEREZ,
                                                          GENERAL MANAGER

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31846

AEE
PO BOX 741
JUANA DIAZ PR 00795


AIR CENTER OF PR
PMB 112 PO BOX 200
BAYAMON PR  00960


BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN PR 00936-2708


BRAKE   CLUTCH INC
1497 AVE TIT CASTRO
PONCE PR 00716-4716


CARIBBEAN RUBBER CORP
PO BOX 2517
BAYAMON PR 00960-2517


CASCADA WATER SERVICES
113 BLOOMINGDALE RD
HICKVILLE NY 11801


CHARLIE CANCEL
CALLE CANITA
BUZON 104
LAJAS PR 00667


CLENDO INDUSTRIAL LABORATORY
11-14-15 CARR 174 SANTA ROSA
BAYAMON PR 00959


CONSOLIDATED WASTE SERVICES CO
PO BOX 13487
SAN JUAN PR 00908

CORREA TIRE DISTRIBUTOR
RJ AUTOMOTIVE
BO SABANETAS SECTOR LA CALZADA MERCED
PONCE PR 00715


CRIM
PO BOX 195387
SAN JUAN PR 00919-5387


DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41502
PHILADELPHIA PA 19101-1602


DEPARTAMENTO DEL TRABAJO Y
RECURSOS HUMANOS
PO BOX 191020
SAN JUAN PR 00919-1020


DEPARTMENT OF TREASURY
PO BOX 9024140
SAN JUAN PR 00902-4140


EDWIN MALDONADO
URB VALLE DE ANDALUCIA NO 3011
PONCE PR 00728


EMPRESAS DE SOLDADURAS
PO BOX 365047
SAN JUAN PR 00936-5047


EXTINGUIDORES RIVERA
PO BOX 7850
PONCE PR 00732-7850


FERRETERIA VICTORY
PO BOX 209
MERCEDITA PR 00715

FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


GOMAS IMPORTACIONES
PO BOX 1804
CIDRA PR 00739-1804


GUSTOS COFFE CO
PMB 145
PO BOX 70171
SAN JUAN PR 00936


HECTOR I MIRANDA
BARRIO ASOMANTE
BOX 238
AIBONITO PR 00705


IRS
CITIVIEW PLAZA NO 2
48 CARRETERA 165 SUITE 2000
GUAYNABO PR 00968-8000


IRS
PHILADELPHIA PA 19255


JOSE RIVERA VEGA
CALLE MIGUEL A GONZALEZ
NUEVA VIDA EL TUQUE
PONCE PR 00732


KATHERINE TORRES COLON
HC 02 BOX 8866
JUANA DIAZ PR 00795-9612


LAWSON PRODUCTS
2689 PAYSPHERE CIRCLE
CHICAGO IL 60674

LUIS A MUNIZ HEREDIA
CO JOSE A VEGA VEGA ESQ
PO BOX 71592
SAN JUAN PR 00936-8692

MIGUEL A PEREZ FRATICELLI
PO BOX 307
MERCEDITA PONCE 00715

MIKE BUMPERS REPAIRS

MULTI-VENTAS Y SERVICIOS DE PR
PO BOX 6012
CAGUAS PR 00726-6012

MUNICIPALITY OF JUANA DIAZ
PO BOX 1409
JUANA DIAZ PR 00795-1409

NELSON FIGUEROA
CALLE ELADIO MATTEI NO 3528
NUEVA VIDA EL TUQUE
PONCE PR 00732

PARTS DISCOUNT CORP
PO BOX 3157
BAYAMON PR 00960

PEERLESS OIL  CHEMICALS INC
JOSE A CEPEDA RODRIGUEZ
STE 906 HATO REY TOWER
268 PONCE DE LEON AVENUE
HATO REY PR 00918

PROXTEL WIRELESS COMMUNICATIONS
BOX 51148 LEVITTOWN
TOA BAJA PR 00950-1148


REMOLQUES VITIN
20833 CALLE MAMEY


RR DONNELLEY DE PUERTO RICO


SAMUEL RIOS
URB STAR LIGHT
CALLE LUCERO NO 3934
PONCE PR 00731


SOLARES CO
PO BOX 9558
BAYAMON PR 00960-9558


SPOT ON HOLD
PO BOX 1836
MAYAGUEZ PR 00681


SUPER AUTOMOTIVE PRODUCTS
SUITE 107
PO BOX 70250
SAN JUAN PR 00936-8250


TEXACO DE PR
CHEVRON PR LLC
PO BOX 71315
SAN JUAN PR 00936-8415

UNIVERSAL INSURANCE COMPANY

US DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR 0090-0192

VARELA TRUCK SUPPLIES
PO BOX 7765
PONCE PR 00732-7765

WANDA A TORRES PEREZ
URB ESTANCIAS DEL CLUB DE GOLF
NO 412 MILLITO NAVARRO
PONCE PR 00730

WESTERNBANK
PO BOX 1180
MAYAGUEZ PR 00681-1180

WILJERRY SANTIAGO
HC 02 BOX 8866
JUANA DIAZ PR 00795-9612

WORLDNET TELECOMUNICATIONS INC
PO BOX 70201
SAN JUAN PR 00936-8201