# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>HERMANOS TORRES PEREZ, INC.<br><br>Debtor(s)<br><br><br><br>PEERLESS OIL & CHEMICALS, INC.<br><br>Movant | CASE NO.: 09-05585<br><br><br><br>CHAPTER 11 |

MOTION TO WITHDRAW DOCUMENT
ON DOCKET NUMBER 39

TO THE HONORABLE COURT:

COMES NOW creditor PEERLESS OIL & CHEMICALS, INC. represented by the undersigned attorney and respectfully sets forth and prays as follows:

1. Yesterday a motion to request appointment of Chapter 11 Trustee was filed on docket number 39.

2. The appearing party respectfully requests to withdraw the document filed on docket number 39 and that it be omitted from the record.

WHEREFORE, for the reasons above stated, creditor Peerless Oil Chemicals respectfully prays for this Honorable Court to take notice of the above and eliminate the document on docket number 39.

Respectfully submitted,

In San Juan, Puerto Rico, on October 1st, 2009.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk using CM/ECF system, which will send notification of such filing to Debtor's attorney, the appointed Chapter 11 Trustee and to all CM/ECF participants.

MELENDEZ-PEREZ & LEDESMA
Attorney for PEERLESS OIL & CHEMICALS, INC.
PO Box 19328
San Juan, Puerto Rico 00910-1328
Tel: 787-622-3939/Fax: 787- 622-3941
*/s/Solymar Castillo Morales*
**Solymar Castillo Morales, Esq.**
USDC PR 218310
E-Mail: scastillo@mplplaw.com