IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.; 09-05585 (BKT) |
|---|---|
| HERMANOS TORRES PÉREZ, INC. | |
| Debtor | CHAPTER 11 |

**MOTION REQUESTING EXTENSION OF THE EXCLUSIVITY PERIOD AND EXTENSION OF TIME IN WHICH TO SUBMIT A DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION**

**TO THE HONORABLE COURT:**

**COMES NOW** Hermanos Torres Pérez, Inc., hereinafter the Debtor, through the undersigned attorney and very respectfully states and prays:

1. On July 7, 2009 Debtor submitted its petition for Bankruptcy under Chapter 11 of the Bankruptcy Code. Since that date, Debtor has fulfilled all of its obligations as a Debtor in Possession.

2. Subsequent to the date of its petition, Debtor encountered an unanticipated conflict with its prime supplier of products, Peerless Oil & Chemicals, Inc., who has over whelmed the Debtor its Principals and the sureties, MAPFRE and Tower Bonding. Due to the conflict with Peerless and due to the increased effort necessary to conduct Debtor's operations, Debtor's efforts to devise an effective reorganization plan and compose a fully adequate disclosure statement have been delayed.

3. Peerless has also filed a motion requesting the appointment of a Chapter 11 Trustee (Docket No. 43) to which the Debtor has responded. (Docket No. 46).

4. Despite this delay, Debtor has made good and steady progress towards reorganization.

5. Debtor has also demonstrated progress towards reorganization as evinced by its monthly

operating reports.

6. Debtor also anticipates filing some adversary proceedings which are currently under consideration by its special counsel. These adversary proceedings may substantially augment the funds available for the reorganization. In order to assess the impact of the anticipated adversary proceedings on the estate, the Debtor requires additional time to consult with its special counsel.

7. Further Debtor needs additional time to negotiate with other key creditors, including governmental creditors.

8. Debtor contends that allowing it more time to negotiate with key creditors and more time to discuss the proposed plan of reorganization with interested parties will enable Debtor to present a plan that can be evaluated on a more expeditious basis.

9. Despite encountering some delays, Debtor has made considerable progress towards reorganization as detailed below:

    A. Debtor has submitted all necessary documents in the course of the Bankruptcy process including its Monthly Operating Reports;
    B. Debtor has made all necessary payments to the U.S. Trustee;
    C. Debtor, despite considerable obstacles, has operated successfully since the petition date as evinced by the monthly operating reports.

10. Accordingly, pursuant to 11 USC § 1121(d)(2) Debtor respectfully requests this Court to extend the exclusivity period where Debtor can submit a Disclosure Statement and Plan of Reorganization by thirty (30) days to December 4, 2009.

11. Debtor also requests that this Court extend the period that Debtor has to solicit approval and secure acceptance of a plan by sixty (60) days as well following an entry of an order approving the adequacy of the Disclosure Statement.

12. According to 11 USC § 1121(d)(2) this Court may extend the period of exclusivity when good cause exists. Good cause includes the following factors:

- Necessary time to permit the Debtor to negotiate a plan of reorganization and prepare adequate information;
- The Debtor's good faith progress towards reorganization;
- The size and complexity of the case;
- That debtor is meeting its obligations as Debtor in possession;
- The amount of time that has elapsed since the initial submission of the bankruptcy petition;
- Whether any extension will harm the creditors;
- Whether there is a likelihood of successful reorganization.

*See e.g. In re Southwest Oil Company*, 84 B.R. 448 (Bankr. W.D. Tex, 1987); *In re Cent. New Jersey Airport Services*, 282 B.R. 176 (Bankr. D.C. N.J., 2002); *In re Express One Intl., Inc.* 194 B.R. 98 (Bankr. E.D. Tex 1996); *In re Gibson and Cushman Dredging Corp.*, 101 B.R. 405 (E.D. N.Y. 1989).

13. Debtor submits for the reasons delineated herein that it has good cause to request an extension of thirty (30) days in which to submit a Disclosure Statement and a commensurate extension of sixty (60) days for the exclusivity period.

14. Debtor requests this extension in good faith.

15. Debtor believes that this extension of time shall not harm the creditors as the extension shall be used to formalize a plan of reorganization that improves the position of the estate and to solicit the comment and position of creditors with respect to the plan.

16. Extending the date of the exclusivity period in which to submit a Disclosure Statement and Plan of Reorganization by thirty (30) days to December 4, 2009 shall result in a plan being submitted that is still less than six months from the date of the Bankruptcy petition.

17. Accordingly, Debtor believes that this additional time shall not cause any undue hardship to

the creditors.

**WHEREFORE**, the Debtor respectfully requests this Court to Order an extension of the exclusivity period to submit a Disclosure Statement and Plan of Reorganization by thirty (30) days to December 4, 2009. Debtor also requests that the period of time in which it has to solicit approval and secure acceptance of a Plan of Reorganization be similarly extended by sixty (60) days following the entry of an Order approving the Disclosure Statement becomes a final order, while reserving Debtor's right to seek further extensions of time, if necessary, for cause.

## NOTICE

The Debtor gives notice that unless a party in interest objects to this Motion within ten (10) days of the date below, the Court may grant Debtor's request of extending the Exclusivity Period in which to submit a Disclosure Statement and Plan of Reorganization without a hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of November, 2009.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties listed below:

- JOSE RAUL CANCIO BIGAS jraulcancio@ccsllp.com, lmercado@ccsllp.com;usdc_notices@ccsllp.com
- SOLYMAR CASTILLO MORALES scastillo@mplplaw.com, scmorales@castillolawpr.com
- CARMEN D CONDE TORRES notices@condelaw.com
- ELIAS CORREA MENENDEZ ecorrea@ccsllp.com, eliascorrea@yahoo.com;usdc_notices@ccsllp.com
- MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov
- STATE INSURANCE FUND CORPORATION Alejandro.Suarez@cfse.gov.pr

4

- ALEJANDRO A SUAREZ CABRERA Alejandro.Suarez@cfse.gov.pr, aasuarezcabrera@yahoo.com
- US TRUSTEE ustpregion21.hr.ecf@usdoj.gov
- LUISA S VALLE CASTRO notices@condelaw.com
- MARALIZ VAZQUEZ MARRERO maralizvaz@gmail.com, bankruptcyjusticia.gobierno.pr@gmail.com
- YASMIN ROCIO VAZQUEZ VAZQUEZ quiebras@bppr.com, yavazquez@bppr.com

**I FURTHER HEREBY CERTIFY,** that on this same date copy of this document has been sent by regular mail to all creditors and parties in interest as per the Master Address List herein attached.

**C. CONDE & ASSOC.**
*S/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No. 215611
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@microjuris.com*



**09-05585-BKT11** HERMANOS TORRES PEREZ INC
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** BRIAN K. TESTER
Date filed: 07/07/2009 **Date of last filing:** 10/26/2009

# Creditors

| | |
|---|---|
| **AEE**<br>PO BOX 741<br>JUANA DIAZ PR 00795 | (2793831)<br>(cr) |
| **AIR CENTER OF PR**<br>PMB 112 PO BOX 200<br>BAYAMON PR 00960 | (2793832)<br>(cr) |
| **ANETTE FUSTER PADILLA**<br>PO BOX 311<br>MERCEDITA PR 00715 | (2803862)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO**<br>PO BOX 70354<br>SAN JUAN PR 00936-8354 | (2803863)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO**<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | (2793833)<br>(cr) |
| **BRAKE CLUTCH INC**<br>1497 AVE TIT CASTRO<br>PONCE PR 00716-4716 | (2793834)<br>(cr) |
| **CARIBBEAN RUBBER CORP**<br>PO BOX 2517<br>BAYAMON PR 00960-2517 | (2793835)<br>(cr) |
| **CASCADA WATER SERVICES**<br>113 BLOOMINGDALE RD<br>HICKVILLE NY 11801 | (2793836)<br>(cr) |
| **CHARLIE CANCEL**<br>CALLE CANITA<br>BUZON 104<br>LAJAS PR 00667 | (2793837)<br>(cr) |
| **CLENDO INDUSTRIAL LABORATORY**<br>CARR 174 BLQ 11<br>URB. SANTA ROSA<br>BAYAMON PR 00959 | (2793838)<br>(cr) |
| **CONSOLIDATED WASTE SERVICES CO**<br>PO BOX 13487<br>SAN JUAN PR 00908 | (2793839)<br>(cr) |

| | |
|---|---|
| **CORREA TIRE DISTRIBUTOR**<br>RJ AUTOMOTIVE<br>BO SABANETAS SECTOR LA CALZADA MERCED<br><br>PONCE PR 00715 | (2793840)<br>(cr) |
| **CRIM**<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 | (2793841)<br>(cr) |
| **DE LAGE LANDEN FINANCIAL SERVICES**<br>PO BOX 41502<br>PHILADELPHIA PA 19101-1602 | (2793842)<br>(cr) |
| **DEPARTAMENTO DE RECURSOS**<br>NATURALES Y AMBIENTALES<br>PO BOX 366147<br>SAN JUAN PR 00936 | (2803864)<br>(cr) |
| **DEPARTAMENTO DEL TRABAJO Y**<br>RECURSOS HUMANOS<br>PO BOX 191020<br>SAN JUAN PR 00919-1020 | (2793843)<br>(cr) |
| **DEPARTMENT OF TREASURY**<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | (2793844)<br>(cr) |
| **EDWIN MALDONADO**<br>URB VALLE DE ANDALUCIA NO 3011<br>PONCE PR 00728 | (2793845)<br>(cr) |
| **ELSA BAEZ MERCADO**<br>CO LCDA CARMEN A LUGO<br>DEPARTAMENTO DEL TRABAJO<br>PO BOX 71592<br>SAN JUAN PR 00936-8692 | (2803865)<br>(cr) |
| **EMPRESAS DE SOLDADURAS**<br>PO BOX 365047<br>SAN JUAN PR 00936-5047 | (2793846)<br>(cr) |
| **EPPR INC**<br>PO BOX 801322<br>COTO LAUREL PR 00780 | (2803866)<br>(cr) |
| **EXTINGUIDORES RIVERA**<br>PO BOX 7850<br>PONCE PR 00732-7850 | (2793847)<br>(cr) |
| **FERRETERIA VICTORY**<br>PO BOX 209<br>MERCEDITA PR 00715 | (2793848)<br>(cr) |

**FONDO DEL SEGURO DEL ESTADO**  
PO BOX 365028  
SAN JUAN PR 00936-5028  
(2793849)  
(cr)

**GERMAN RIVERA COLON**  
PO BOX 209  
MERCEDITA PR 00715  
(2803867)  
(cr)

**GOMAS IMPORTACIONES**  
PO BOX 1804  
CIDRA PR 00739-1804  
(2793850)  
(cr)

**GUSTOS COFFE CO**  
PMB 145  
PO BOX 70171  
SAN JUAN PR 00936  
(2793851)  
(cr)

**HECTOR I MIRANDA**  
BARRIO ASOMANTE  
BOX 238  
AIBONITO PR 00705  
(2793852)  
(cr)

**HILDA PEREZ SOUCHET**  
PO BOX 209  
MERCEDITA PR 00715  
(2803868)  
(cr)

**HILDA TORRES PEREZ**  
PO BOX 209  
MERCEDITA PR 00715  
(2803869)  
(cr)

**IRS**  
PHILADELPHIA PA 19255  
(2793854)  
(cr)

**IRS**  
CITIVIEW PLAZA NO 2  
48 CARRETERA 165 SUITE 2000  
GUAYNABO PR 00968-8000  
(2793853)  
(cr)

**JOSE RIVERA VEGA**  
CALLE MIGUEL A GONZALEZ  
NUEVA VIDA EL TUQUE  
PONCE PR 00732  
(2793855)  
(cr)

**JUAN CARLOS SEGARRA RODRIGUEZ**  
VALLE ALTO CALLE LLANURA NO 1722  
PONCE PR 00730  
(2803870)  
(cr)

**KATHERINE TORRES COLON**  
HC 02 BOX 8866  
JUANA DIAZ PR 00795-9612  
(2793856)  
(cr)

**LAWSON PRODUCTS**  
2689 PAYSPHERE CIRCLE  
CHICAGO IL 60674  
(2793857)  
(cr)

**LAWSON PRODUCTS INC**
GEORGIA
CO LAWSON PRODUTCS INC
1666 E TOUHY AVE
DES PLAINES IL 60018

(2818990)
(cr)

**LUIS A MUNIZ HEREDIA**
CO JOSE A VEGA VEGA ESQ
PO BOX 71592
SAN JUAN PR 00936-8692

(2793858)
(cr)

**LUIS A VELEZ SANTIAGO**
ESTANCIAS DEL GOLF CLUB NO 336
PONCE PR 00731

(2803871)
(cr)

**MARIA A TORRES PEREZ**
ESTANCIAS DEL GOLF CLUB NO 336
PONCE PR 00731

(2803872)
(cr)

**MELENDEZ-PEREZ & LEDESMA**
SOLYMAR CASTILLO MORALES
PEERLESS OIL & CHEMICALS, INC.
PO BOX 19328
SAN JUAN, PUERTO RICO 00910-1328

(2796049)
(cr)

**MIGUEL A PEREZ FRATICELLI**
PO BOX 307
MERCEDITA PONCE 00715

(2793859)
(cr)

**MIKE BUMPERS REPAIRS**

(2793860)
(cr)

**MULTI VENTAS Y SERVICIOS DE PR**
PO BOX 6012
CAGUAS PR 00726-6012

(2793861)
(cr)

**MUNICIPALITY OF JUANA DIAZ**
PO BOX 1409
JUANA DIAZ PR 00795-1409

(2793862)
(cr)

**NELSON FIGUEROA**
CALLE ELADIO MATTEI NO 3528
NUEVA VIDA EL TUQUE
PONCE PR 00732

(2793863)
(cr)

**PARTS DISCOUNT CORP**
PO BOX 3157
BAYAMON PR 00960

(2793864)
(cr)

**PEERLESS OIL CHEMICALS INC**
JOSE A CEPEDA RODRIGUEZ
STE 906 HATO REY TOWER
268 PONCE DE LEON AVENUE

(2793865)
(cr)

HATO REY PR 00

**PEERLESS OIL & CHEMICALS, INC.**
JOSE A. CEPEDA RODRIGUEZ
STE. 906 HATO REY CENTER,
268 PONCE DE LEON AVE.
HATO REY, PR 00918

(2827083)
(cr)

**POPULAR AUTO**
PO BOX 15011
SAN JUAN PR 00902-8511

(2803873)
(cr)

**POPULAR AUTO (POPULAR LEASING)**
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

(2805051)
(cr)

**PROXTEL WIRELESS COMMUNICATIONS**
BOX 51148 LEVITTOWN
TOA BAJA PR 00950-1148

(2793866)
(cr)

**Puerto Rico Department of Labor**
Bureau of Legal Affairs - 18th Floor
PO Box 71592
San Juan, PR 00936-8692

(2832468)
(cr)

**REMOLQUES VITIN**
20833 CALLE MAMEY

(2793867)
(cr)

**RR DONNELLEY DE PUERTO RICO**

(2793868)
(cr)

**RR DONNELLEY DE PUERTO RICO**
500 CARR 869 SUITE 501
CATANO PR 00962-2005

(2803874)
(cr)

**SAMUEL RIOS**
URB STAR LIGHT
CALLE LUCERO NO 3934
PONCE PR 00731

(2793869)
(cr)

**SOLARES CO**
PO BOX 9558
BAYAMON PR 00960-9558

(2793870)
(cr)

**SPOT ON HOLD**
PO BOX 1836
MAYAGUEZ PR 00681

(2793871)
(cr)

**SPRIN TCM INC**
TOWER CO II LLC
5000 VALLEYSTONE DRIVE CARY NC 27519

(2803875)
(cr)

**STATE INSURANCE FUND CORPORATION**

| | |
|---|---|
| PO BOX 365028<br>SAN JUAN, PR 00936-5028 | (2819017)<br>(cr) |
| **SUPER AUTOMOTIVE PRODUCTS**<br>SUITE 107<br>PO BOX 70250<br>SAN JUAN PR 00936-8250 | (2793872)<br>(cr) |
| **TEXACO DE PR**<br>CHEVRON PR LLC<br>PO BOX 71315<br>SAN JUAN PR 00936-8415 | (2793873)<br>(cr) |
| **UNITED FINANCE**<br>PO BOX 6356<br>SAN JUAN PR 00914-6356 | (2803876)<br>(cr) |
| **UNIVERSAL INSURANCE COMPANY**<br>263 AVE MENDEZ VIGO<br>MAYAGUEZ PR 00680 | (2803877)<br>(cr) |
| **UNIVERSAL INSURANCE COMPANY** | (2793874)<br>(cr) |
| **US DEPARTMENT OF JUSTICE**<br>FEDERAL LITIGATION DIVISION<br>PO BOX 9020192<br>SAN JUAN PR 0090-0192 | (2793875)<br>(cr) |
| **VARELA TRUCK SUPPLIES**<br>PO BOX 7765<br>PONCE PR 00732-7765 | (2793876)<br>(cr) |
| **VICTOR G TORRES PEREZ**<br>PO BOX 311<br>MERCEDITA PR 00715 | (2803878)<br>(cr) |
| **VICTOR M TORREZ PEREZ**<br>PO BOX 209<br>MERCEDITA PR 00715 | (2803879)<br>(cr) |
| **VICTOR M TORREZ PEREZ II**<br>PO BOX 209<br>MERCEDITA PR 00715 | (2803880)<br>(cr) |
| **VICTOR TORRES OLIVERAS**<br>PO BOX 209<br>MERCEDITA PR 00715 | (2803881)<br>(cr) |
| **VICTORY SERVICE STATION CORP**<br>TWO J AND T CORP<br>PO BOX 209<br>MERCEDITA PONCE PR 00715 | (2803882)<br>(cr) |

| | |
|---|---|
| **VICTORY SIMON MADERA INC**<br>URB INDUSTRIAL VILLA PRADES<br>CALLE SIMON MADERA NO 7<br>SAN JUAN PR 00924 | (2803883)<br>(cr) |
| **WANDA A TORRES PEREZ**<br>URB ESTANCIAS DEL CLUB DE GOLF<br>NO 412 MILLITO NAVARRO<br>PONCE PR 00730 | (2793877)<br>(cr) |
| **WESTERNBANK**<br>PO BOX 1180<br>MAYAGUEZ PR 00681-1180 | (2793878)<br>(cr) |
| **WILJERRY SANTIAGO**<br>HC 02 BOX 8866<br>JUANA DIAZ PR 00795-9612 | (2793879)<br>(cr) |
| **WORLDNET TELECOMUNICATIONS INC**<br>PO BOX 70201<br>SAN JUAN PR 00936-8201 | (2793880)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/02/2009 15:58:57 | | | |
| PACER Login: | co0129 | Client Code: | htpinc |
| Description: | Creditor List | Search Criteria: | 09-05585-BKT11 Creditor Type: All |
| Billable Pages: | 3 | Cost: | 0.24 |