IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> HERMANOS TORRES PEREZ INC <br><br><br> XXX-XX9491 <br><br><br><br> Debtor(s) | CASE NO. 09-05585 BKT <br> Chapter 11 <br><br><br><br><br> FILED & ENTERED ON 11/03/2009 |

## ORDER AND NOTICE

A hearing is hereby scheduled for 11/17/2009 at 01:30 P.M. at the U.S. Bankruptcy Court, Luis A. Ferré Post Office and Courthouse Building, Second floor, 93 Atocha Street, Ponce, Puerto Rico, to consider the following:

1- PEERLEES OIL & CHEMICAL INC.'S MOTION TO REQUEST APPOINTMENT OF CHAPTER 11 TRUSTEE (DOCKET #43)

2- DEBTOR'S OPPOSITION [DOCKET #46)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 03 day of November, 2009.

/s/ Brian K. Tester
Brian K. Tester
U. S. Bankruptcy Judge

cc: all creditors