# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **HERMANOS TORRES PÉREZ, INC.** <br><br> Debtor | CASE NO.; 09-05585 (BKT) <br><br><br><br> CHAPTER 11 |

## MOTION REQUESTING ORDER
## VACATING HEARING SCHEDULED FOR 17, 2009

**TO THE HONORABLE COURT:**

**COMES NOW** Hermanos Torres Pérez, Inc., hereinafter the Debtor, through the undersigned attorney and very respectfully states and prays:

1. On November 20, 2009, the Debtor filed a second motion to extend the exclusivity period to file the Disclosure Statement and Plan of Reorganization. The proposed due date for said extension is January 10, 2010. (Docket 53)

2. This Honorable Court had scheduled a hearing to consider final approval of the Disclosure Statement and the confirmation of the Plan of reorganization for December 17, 2009.

3. Nevertheless, due to the second extension of the exclusivity period, which expires after December 17, 2009, the Debtor requests that the same be vacated and that a new hearing date by scheduled after the January 10, 2010 deadline.

**WHEREFORE**, the Debtor respectfully requests this Court to enter an order vacating the December 17, 2009 hearing and that a new hearing date be scheduled after the January 10, 2010 deadline.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24th day of November, 2009.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing

through the CM/ECF system, which will send notification of such filing to the parties listed below:

JOSE RAUL CANCIO BIGAS jraulcancio@ccsllp.com, lmercado@ccsllp.com;usdc_notices@ccsllp.com

SOLYMAR CASTILLO MORALES scastillo@mplplaw.com, scmorales@castillolawpr.com

ELIAS CORREA MENENDEZ ecorrea@ccsllp.com, eliascorrea@yahoo.com;usdc_notices@ccsllp.com

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

STATE INSURANCE FUND CORPORATION Alejandro.Suarez@cfse.gov.pr

ALEJANDRO A SUAREZ CABRERA Alejandro.Suarez@cfse.gov.pr, aasuarezcabrera@yahoo.com

US TRUSTEE ustpregion21.hr.ecf@usdoj.gov

MARALIZ VAZQUEZ MARRERO maralizvaz@gmail.com, bankruptcyjusticia.gobierno.pr@gmail.com

YASMIN ROCIO VAZQUEZ VAZQUEZ quiebras@bppr.com, yavazquez@bppr.com

**C. CONDE & ASSOC.**

*S/Luisa S. Valle Castro*

Luisa S. Valle Castro, Esq.

USDC No. 215611

254 San José Street, 5th Floor

Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900

Facsimile: 787-729-2203

E-Mail: *condecarmen@microjuris.com*