IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HERMANOS TORRES PEREZ INC
DEBTORS

CASE NO. 09-05585 BKT

CHAPTER 11

**FILED & ENTERED 12/30/2009**

ORDER & NOTICE

A hearing is hereby scheduled for JANUARY 28, 2010 AT at 09:30 AM at US POST OFFICE & COURTHOUSE BLDG, 93 ATOCHA STREET, SECOND FLOOR, PONCE, PR. TO CONSIDER:

1. MOTION FOR ADEQUATE PROTECTION OVER PROPERTY INTEREST AND/OR CASH COLLATERAL FILED BY LESLIE ALVARADO LLITERAS ON BEHALF OF MAPFRE PRAICO INSURANCE COMPANY (DOCKET NO. 52),
2. DEBTOR'S RESPONSE TO MOTION FOR ADEQUATE PROTECTION FILED BY MAPFRE (DOCKET NO. 70)

SO ORDERED.

Ponce, Puerto Rico, this 30th day of December, 2009.

BRIAN K. TESTER
U.S. Bankruptcy Judge

C: CARMEN CONDE
   VALLE CASTRO
   UST
   LESLIE ALVARADO LLITERAS